Joe Calvert, BPR 024259
Calvert & Associates
1137 GreeenLea Blvd, B29
Gallatin, Tennessee 37066
1-877-225-8378
615-989-7929
mr.calvert@attorneys-counselors.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

JAMES KENTON,

    Plaintiff,

vs.

WTVF Channel 5 and Jane Does one through ten inclusive being corporate or fictitious names or a parent company unknown to Plaintiff or an undisclosed division of Scripps Media Inc.

    Defendants.

Case No.: 3:21-cv-770

Honorable Aleta Trauger

## MOTION FOR JOINDER AND CHANGE OF VENUE

1

Comes now Plaintiff through his attorney of record for his MOTION FOR JOINDER AND TO CHANGE VENUE:

1. Plaintiff moves this court for Joinder of Defendant's alleged parent corporation, Scripps Media Inc. a Delaware Corporation as designated by Defendant's Counsel pursuant to the Federal Rules of Civil Procedure Rule 19.

2. That Plaintiff seeks and this Court grants transfer of venue to the United States District Court, Northern District of Ohio that is Scripps Media Inc.'s principal place of business and nerve center.

Dated: January 26, 2022

_____
Joe Calvert, TN BPR # 024259

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Motion for Joinder and Change of Venue whereas a copy of the foregoing was filed electronically using the Court's Electronic Case Filing

2

(ECF) system. Notice of this filing is expected to be sent by operation of the Court's ECF system to the following counselors of record:

Ronald G. Harris (BPR # 9054)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203

Dated: January 26, 2022

_____
Joe Calvert,  TN BPR # 024259