Joe Calvert, BPR 024259
Calvert & Associates
1137 GreeenLea Blvd, B29
Gallatin, Tennessee 37066
1-877-225-8378
615-989-7929
mr.calvert@attorneys-counselors.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES KENTON, | Case No.: 3:21-cv-770 |
| Plaintiff, | Honorable Aleta Trauger |
| vs. | |
| WTVF Channel 5 and Jane Does one through ten inclusive being corporate or fictitious names or a parent company unknown to Plaintiff or an undisclosed division of Scripps Media Inc. | |
| Defendants. | |

## WITHDRAWAL MOTION TO STRIKE DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1

Comes now Plaintiff through his attorney of record for his WITHDRAWAL OF MOTION TO STRIKE DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S FIRST AMENDED COMPLAINT:

1. Plaintiff moves this Court to withdraw Plaintiff's Motion to Strike DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S FIRST AMENDED COMPLAINT and exhibits thereto.

2. That there appears to be an unexplainable error in the submission of the Memorandum to Plaintiff today January 26, 2022.

Respectfully submitted,

Dated: January 26, 2022

_____
Joe Calvert,  TN BPR # 024259

**CERTIFICATE OF SERVICE**

2

I hereby certify that a true and exact copy of this WITHDRAWAL OF MOTION TO STRIKE DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S FIRST AMENDED COMPLAINT whereas a copy of the foregoing was filed electronically using the Court's Electronic Case Filing (ECF) system. Notice of this filing is expected to be sent by operation of the Court's ECF system to the following counselors of record:

Ronald G. Harris (BPR # 9054)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203

Dated: January 26, 2022

_____
Joe Calvert, TN BPR # 024259