Joe Calvert, BPR 024259
Calvert & Associates
1137 GreeenLea Blvd, B29
Gallatin, Tennessee 37066
1-877-225-8378
615-989-7929
mr.calvert@attorneys-counselors.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES KENTON, | Case No.: 3:21-cv-770 |
| Plaintiff, | Honorable Aleta Trauger |
| vs. | |
| WTVF Channel 5 and Jane Does one through ten inclusive being corporate or fictitious names or a parent company unknown to Plaintiff or an undisclosed division of Scripps Media Inc. | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

1

Comes now JAMES KENTON, Plaintiff, by and through Counsel, and gives notice of voluntary dismissal without prejudice of his Complaint absent an Answer having been interposed or a Motion for Summary Judgment to having been filed by defendant(s), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure in this cause against WTVF Channel 5 and Jane Does one through ten inclusive being corporate or fictitious names or a parent company unknown to Plaintiff or an undisclosed division of Scripps Media Inc.

Respectfully submitted,

Dated: January 28, 2022

---

Joe Calvert, TN BPR # 024259

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this MOTION TO STRIKE DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S FIRST AMENDED COMPLAINT whereas a copy of the foregoing was filed electronically using the Court's Electronic Case Filing (ECF) system. Notice of this filing is expected to be sent by operation of the Court's ECF system to the following counselors of record:

2

Ronald G. Harris (BPR # 9054)
William J. Harbison II (BPR # 33330)
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203

Dated: January 28, 2022

_____
Joe Calvert,  TN BPR # 024259